**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CRIMINAL NO. 3:05CR327**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> ) <br> vs. ) <br> ) <br> ) <br> **BILLY RAY JOHNSON** ) <br> ) | **O R D E R** |

**THIS MATTER** is before the Court on the oral motion of Defendant's counsel for an extension of time in which to file objections to the presentence report herein.

For good cause shown,

**IT IS, THEREFORE, ORDERED** that the Defendant's motion is **ALLOWED**, and the time in which to file objections is hereby extended to and including October 30, 2006.

Signed: August 28, 2006

Lacy H. Thornburg
United States District Judge